IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: PINE BLUFF MATERIAL CO. )
LLC AND PINE BLUFF SAND & )
GRAVEL CO., as Owners of the M/V )
STEVE PLUMMER – Official No. 506165, ) NO. 3:17-cv-01064
BARGE HMT316 – Official No. ) JUDGE RICHARDSON
CG1434133, BARGE HMT3011- Official )
No. 99688, and BARGE H418B – Official )
No. 1270964 for EXONERATION FROM )
OR LIMITATION OF LIABILITY )

# ORDER

Pending before the Court are Pine Bluff's Motion for Summary Judgment as to Liability or, in the Alternative, for Partial Summary Judgment Regarding Damages (Doc. No. 78) and CSX's Motion for Partial Summary Judgment (Doc. No. 83).

For the reasons stated in the accompanying Memorandum Opinion, both Motions for Summary Judgment are **DENIED.**

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE